**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01151-CV

**AXCESS INTERNATIONAL, INC., Appellant**

**V.**

**BAKER BOTTS, L.L.P., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01301-E**

## ORDER

By order entered April 8, 2015, we directed Vikki L. Ogden, Official Court Reporter for County Court at Law No.5, to file, no later than April 20, 2015, a supplemental reporter's record containing certain video deposition testimony admitted at trial but omitted from the reporter's record. To date, however, the record has not been filed. Accordingly, we again **ORDER** Ms. Ogden to file a supplemental reporter's record containing the video testimony as reflected in the parties' April 2, 2015 joint stipulation, a copy of which is attached. The record shall be filed no later than May 6, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Ogden and counsel for the parties.

/s/    CRAIG STODDART
       JUSTICE